# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 27, 2025

---

## NO. 03-23-00186-CR

---

**The State of Texas, Appellant**

**v.**

**Michael Ruscoe, Appellee**

---

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY AND CRUMP
AFFIRMED ON MOTION FOR REHEARING-- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order entered by the trial court on March 13, 2023. The Court withdraws its previous opinion and judgment issued March 21, 2025, and substitutes the attached opinion and this judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.